**The relief described hereinbelow is SO ORDERED.**

**Signed December 29, 2016.**



_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### San Antonio Division

IN RE: **Adalberto Hernandez** , Debtor(s)            Case No.: 16–52966–rbk
                                                      Chapter No.: 13

### *ORDER DISMISSING PLEADING FOR LACK OF COMPLIANCE WITH LOCAL RULES FOR FORMAT OF PLEADINGS*

CAME ON for consideration the following pleading:

#2 Chapter 13 Plan

Upon consideration thereof, the court notes that the pleading is deficient in the following respects:

☐  The pleading does not include the signer's mailing address, telephone number and area code.

☐  The filing is not accompanied by the requisite form of notice.

☑  The pleading lacks the appropriate certificate of service.

☐  The filing states an incorrect time for notice to file objections, see BK Local Rule 9014(a) revised 11/1/2013.

☐  The filing states an incorrect time for notice to file objections, see BK Local Rule 4001(a)(2) regarding motions for relief from stay as revised 11/1/2013.

☐  The pleading lacks the appropriate certificate of conference pursuant to Rules 9014(e) and 9014(f).

☐  The pleading lacks the proposed form of order attached as an exhibit to the motion, see L. Rule 9013 (b) revised 11/1/2013.

☐  The pleading lacks the separately uploaded proposed order, see L. Rule 9013 (b) revised 11/1/2013.

☐  The filing does not comply with the Official Bankruptcy Forms changes effective December 1, 2015. The new forms and conversion charts may be viewed at:  TXWB web site .

☑ Other(describe): Pursuant To Standing Order Relating To Chapter 13 Practices In San Antonio Effective 9/1/16.

The court concludes that the pleading should be dismissed without prejudice to its refiling. So **ORDERED**.

###