

**The relief described hereinbelow is SO ORDERED.**

**Signed January 26, 2017.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In Re:                                                                                                                          Chapter 13
ADALBERTO HERNANDEZ

Debtor(s)                                                                                                        Case No. 16-52966 K

**O R D E R   F O R   S U M M A R Y   D I S M I S S A L**
**O F   C H A P T E R   1 3   C A S E**
- - - - - - - - - - - - - - - - - - - - - - - - -

ON THIS DAY came on to be considered the Chapter 13 Trustee's Certification Regarding Summary Dismissal and it appearing to the Court as follows:

1. That the above Chapter 13 Petition was filed on Wednesday, December 28, 2016 and that the Order For Meeting of Creditors, Combined with Notice          Thereof and of Automatic Stay was served upon the debtor and the debtor's attorney on Saturday, January 7, 2017; and

Appear at a First Meeting of Creditors, when such nonappearance has not otherwise been excused by an Order of this Court.

IT IS THEREFORE ORDERED that the above captioned Chapter 13 Case is summarily dismissed without further notice or hearing.

IT IS FURTHER ORDERED that the Chapter 13 Trustee be discharged and relieved of her trust and of her sureties, and that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this Order.

### 

Prepared By:
DAVID W. VAN ZYL  (P39875)
STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE
MARY K. VIEGELAHN
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216